
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 27 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| BRADLEY BRIAN MEREDITH, | ) | CASE NO. 7:11CV00194 |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| SAMUEL V. PRUETT, WARDEN, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendant. | ) | |

In accordance with the Memorandum Opinion entered this day, this action, pursuant to 42 U.S.C. § 1983, is **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1); and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 27th day of April, 2011.

_____
United States District Judge